# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

October 17, 2013

Mr. Burton D Garland Jr.
OGLETREE & DEAKINS
Suite 650
7700 Bonhomme Avenue
Saint Louis, MO  63105

      RE:  12-2129  Carlyn Johnson v. Securitas Security Services

Dear Counsel:

      Attached is a copy of an order granting petition for rehearing en banc and directing that the case be set as the second case for en banc argument on Wednesday, January 15, 2014, in Division I, located at Thomas F. Eagleton Courthouse, 111 S. 10th Street in St. Louis, Missouri. Counsel who will make oral argument should report to the Clerk's Office, Room 24.329, 30 minutes prior to the convening of court.

      Counsel for each party should, within ten (10) days, submit thirty (30) additional copies of all previously filed briefs and eight (8) additional copies of the appendix.

      Michael E. Gans
      Clerk of Court

LMT

Enclosure(s)

cc:    Mr. Joshua Michael Avigad
       Ms. Heidi Kuns Durr
       Mr. Lawrence P. Kaplan
       Ms. Sarah Smith Kuehnel
       Honorable Rodney W. Sippel
       Ms. Erin E. Williams
       Mr. James G. Woodward

    District Court/Agency Case Number(s):   4:10-cv-01162-RWS

## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 12-2129

Carlyn M. Johnson

Appellant

v.

Securitas Security Services USA, Inc.

Appellee

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:10-cv-01162-RWS)
_____

**ORDER**

Appellee's petition for rehearing en banc has been considered by the Court and is granted. The opinion and judgment of this Court filed on August 26, 2013, are vacated.

The case will be set for argument before the court en banc on Wednesday, January 15, 2014, in St. Louis, Missouri.  Each side will be allotted twenty (20) minutes for argument.

Counsel shall, within ten days, submit 30 additional copies of previously filed briefs and 8 additional copies of the appendix.

October 17, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans